GEORGE SEEMAN, Defendant in Error, *v.* JOHN WEIPPERT AND ELIZA WEIPPERT, Plaintiffs in Error.

1. Burgwald v. Weippert, *ante,* p. 60, affirmed.

*Error to Jefferson Circuit Court.*

*P. Pipkin*, for defendant in error.

*H. F. Ahlvers* and *J. J. Williams*, for plaintiffs in error.

BLISS, Judge, delivered the opinion of the court.

This is a counterpart of the case of Wm. Burgwald against the same defendants, *ante*, p. 60, and the same order will be made. The other judges concur.